3:14-cv-1543-J-39JRK                    (RETURN TO COURT)

## RETURN OF SERVICE

I.  I hereby acknowledge that service of process **was executed** by serving Defendant Mark Taylor by giving him/her a true copy of the documents listed in the order directing service of process.

The following documents were also served on the above-named Defendant:

_____

_____

_____

DATE SERVED: 3/14/2016

BY: E. Boyd (USMS)
    (United States Marshal or Special Appointee)

As Defendant in this action, I hereby acknowledge receipt of service of process on my own behalf.

_____        _____
Defendant's Signature              Defendant's Printed Name

II. I hereby acknowledge that service of process **cannot be executed** upon the Defendant for the following reason(s):

_____

DATE OF ATTEMPTED SERVICE: _____

BY: _____
    (United States Marshal or Special Appointee)

[Stamp: FILED 2016 MAR 15 AM 9:55 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DISTRICT]

[Stamp: RECEIVED U.S. MARSHALS M/FL JACKSONVILLE 2016 MAR -4 AM 10:16]